IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BOBBY J. HILL | CIVIL ACTION |
| v. | |
| NEW JERSEY TRANSIT RAIL OPERATIONS, INC. | 2:09-cv-4928 |

## ORDER

This matter being opened to the court by Charles L. McNabb Esquire, the attorney of record for Defendant, New Jersey Transit Rail Operations, Inc., to permit Stephen A. Scheuerle, Esquire, an attorney admitted to the practice of law in the Commonwealth of Pennsylvania, to participate with other counsel for defendant, it is on this _10th_ day of _December_, 2009, *and there being no timely opposition to the motion* ORDERED that Stephen A. Scheuerle, Esquire be and hereby is admitted *pro hac vice* to appear and participate with other counsel for Defendant, New Jersey Transit Rail Operations, Inc., in the defense of this case. In conjunction with his admission *pro hac vice*, Mr. Scheuerle shall:

1. Pay the sum of $150.00 to the Clerk of this Court;

2. Pay the fees required by New Jersey Court Rule 1:28-2 within twenty (20) days of the date of this Order;

3. Immediately notify the court of any matter affecting his standing at the bar of any other jurisdiction.

_____
J.

**MARK FALK**
**U.S. Magistrate Judge**